IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MIGUEL A. RODRIGUEZ, )<br>*on behalf of himself and all others* )<br>*similarly situated,* )<br>                 Plaintiff )<br>    v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, )<br>                 Defendant. ) | Civil Action No. 1:14-cv-0 1142 (AJT/TRJ) |

## CONSENT MOTION FOR THE ENTRY
## OF A STIPULATED PROTECTIVE ORDER

Defendant, Equifax Information Services, LLC ("Equifax"), by counsel and pursuant to Fed. R. Civ. P. 26(c), respectfully moves the Court for the entry of the attached Stipulated Protective Order and states as follows in support:

1. As stated in their Joint Discovery Plan, the parties agreed that a stipulated protective order should be entered in this case. Certain information to be exchanged in discovery will be confidential and should be handled in a manner to protect its confidentiality.

2. Therefore, the parties submit for the Court's consideration the proposed Stipulated Protective Order and the proposed Stipulated Protective Order is attached hereto as **Exhibit 1**.

3. As evidenced by the electronic signatures of counsel on the proposed Stipulated Protective Order, Plaintiff Miguel A. Rodriguez and Defendant Equifax Information Services, LLC consent to the relief sought in the motion.

4. Because all of the parties have agreed to the entry of the proposed Stipulated Protective Order, no hearing on this Consent Motion is necessary.

This 20th day of February, 2015.

               Respectfully Submitted,

               *John W. Montgomery, Jr., _____*
               John W. Montgomery, Jr.
               Virginia State Bar No. 37149
               Counsel for Equifax Information Services, LLC
               John W. Montgomery, Jr., Attorney, PLC
               2116 Dabney Road, Suite A-1
               Richmond, VA 23230
               Telephone 804-355-8744
               Facsimile 804-355-8748
               Email jmontgomery@jwm-law.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following;

Leonard Anthony Bennett
Virginia State Bar No. 37523
Counsel for Plaintiff
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone 757-930-3660
Facsimile 757-930-3662
Email lenbennett@clalegal.com

John Charles Bazaz
Virginia State Bar No. 70796
Counsel for Plaintiff
Law Offices of John C Bazaz PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone 703-272-8455
Facsimile 703-596-4555
Email jbazaz@bazazlaw.com

Matthew J. Erausquin
Virginia State Bar No. 65434
Counsel for Plaintiff
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone 703- 273-7770
Facsimile 888- 892-3512
Email: matt@clalegal.com

        *John W. Montgomery, Jr., _____*
        John W. Montgomery, Jr.
        Virginia State Bar No. 37149
        Counsel for Equifax Information Services, LLC

John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone 804-355-8744
Facsimile 804-355-8748
Email jmontgomery@jwm-law.com
