\ CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                              DATE: March 12, 2015

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br>Miguel A. Rodriguez, on behalf of himself and Others similarly situated,<br><br>v.<br><br>Equifax Information Services, LLC, | Case No. 1:14CV1142 (AJT/TRJ)<br><br>Judge : Thomas Rawles Jones, Jr.,<br>United States Magistrate Judge<br><br>Court Reporter: DiaNE DAFFRON, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) **MOTION HEARING ( XX )** OTHER: _____

APPEARANCES:   Parties by (✓) with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: Rule 37 Motion to Compel & Exclude New Witness Disclosures (ECF No. 28)

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( )_____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS ( )

Court addressed and counsel responded to Court's questions — Order to enter

Leonard A. Bennett
Counsel for Plaintiff(s):

Zachary A. McEntyre
Counsel for Defendants:

SET: 2:00   BEGAN: 2:01   ENDED: 3:44   TIME IN COURT: 1:43
RECESSES: