IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| MIGUEL A. RODRIGUEZ, )<br>*on behalf of himself and others* )<br>*similarly situated,* )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, LLC, )<br>    Defendant. )<br>_____) | Civil No. 1:14cv1142 (AJT/TRJ) |

## ORDER

For the reasons stated from the bench, and in accordance with specific rulings made at that time, it is ORDERED that Plaintiff's "Rule 37 Motion to Compel and Exclude New Witness Disclosures" (ECF No. 28) is treated as a Rule 37(a) motion to compel, and is GRANTED IN PART, DENIED IN PART, and as to production of the "OPM Folder" is TAKEN UNDER ADVISEMENT.

It is so ORDERED.

Let the Clerk file this Order electronically and notify all counsel accordingly.

/s/ *(signature)*
_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Richmond, Virginia
Date: March 13, 2015