IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MIGUEL A. RODRIGUEZ, *on behalf of himself and all others similarly situated*, <br>                 Plaintiffs, <br> v. <br> EQUIFAX INFORMATION SERVICES, LLC, <br>                 Defendant. | Civil Action No. 1:14-cv-01142 (AJT/TRJ) |

## PLAINTIFF'S RULE 37 MOTION

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff moves this Court for sanctions against Defendant Equifax, including the entry of an order that: (1) bars Equifax from asserting any facts or legal arguments that it sends § 1681k(a)(1) notices "at the time" consumer reports are sent to users; (2) bars Equifax from asserting any facts or legal arguments that Plaintiff is atypical of the class and subclasses; (3) bars Equifax from asserting any facts or legal arguments against ascertainability of the class and subclasses; (4) bars Equifax from asserting any facts or legal arguments against willfulness as defined by Safeco Ins. Co. of Am. v. Burr, 551 U.S. 47, 127 S. Ct. 2201, 167 L. Ed. 2d 1045 (2007); (5) bars Equifax from using any documents or witnesses that were not disclosed in its Rule 26(a)(1) disclosures or otherwise fairly identified in response to Plaintiff's interrogatories; and (6) awards Plaintiff his reasonable attorney fees and costs in bringing this motion. In support thereof, Plaintiff submits a contemporaneously filed memorandum of law.

                                          MIGUEL A. RODRIGUEZ *on behalf of himself and all others similarly situated*

                                          By:    */s/ John C. Bazaz*
                                                         Counsel

John C. Bazaz, Esq., VSB #70796
Counsel for Mr. Rodriguez
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com

Certificate of Service

 I hereby certify that on April 13, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel who appear in the CM/ECF system:

John W. Montgomery, Jr., Esq.
Counsel for Equifax Information Services LLC
John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

Tony Love, Esq.
Counsel for Equifax Information Services LLC
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3521
Telephone: 404.572.2565
Facsimile: 404.572.5100
TLove@KSLAW.com

Matthew James Erausquin, Esq.
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
703-273-7770
Fax: 888-892-3513
Email: matt@clalegal.com

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

Casey Shannon Nash
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
703-273-7770
Fax: 1-888-892-3512
Email: casey@clalegal.com

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: (757) 930-3662
Email: srotkis@clalegal.com

           */s/ John C. Bazaz*
        John C. Bazaz, Esq., VSB #70796
        Counsel for Mr. Rodriguez
        Law Offices of John C. Bazaz, PLC
        4000 Legato Road, Suite 1100
        Fairfax, VA 22033
        Telephone: 703-272-8455
        Facsimile: 703-596-4555
        jbazaz@bazazlaw.com