IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MIGUEL A. RODRIGUEZ, *on behalf of himself and all others similarly situated*, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:14-cv-01142 (AJT/TRJ) |
| EQUIFAX INFORMATION SERVICES, LLC, ) ) ) ) | |
| Defendant. ) | |

## ORDER

The parties having appeared before the Court for a final pretrial conference on April 16, 2015, it is hereby

ORDERED that Plaintiff shall file his motion for class certification on or before May 1, 2015; it is further

ORDERED that the parties shall file any motions for summary judgment on or before May 15, 2015; it is further

ORDERED that the Court will hold a hearing on any such motions on June 26, 2015 at 10:00 AM; it is further

ORDERED that this action be set for a jury trial beginning on Monday, October 5, 2015.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

April 16, 2015
Alexandria, Virginia