Date: 04/16/15                              Judge: Thomas Rawles Jones, Jr.
                                            Reporter: FTR

Start: 10:58
Finish: 11:24

Civil Action Number: 1:14cv1142

Miguel A. Rodriguez

vs.

Equifax Information Services, LLC

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

#42 – Plaintiff's Rule 37 Motion

Argued &
( ) Granted (X) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(X) Order to Follow