IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MIGUEL A. RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:14-cv-1142-AJT-TRJ |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## **ORDER**

For the reasons stated from the bench, and in accord with specific rulings made at that time,

it is ORDERED that plaintiff's motion (no. 42) for sanctions is DENIED.

ENTERED this 16th day of April 2015.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia