IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| MIGUEL A. RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:14-cv-1142-AJT-TRJ |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having denied plaintiff's Rule 37 motion (no. 42), is appears that the court should consider an award of fees and expenses to defendant. Within fourteen days, defendant shall file an affidavit or declaration setting out its fees and expenses resulting from the motion. Within seven days thereafter, plaintiff shall file his brief showing (a) any reason why fees and expenses should not be awarded and (b) any argument about the amount of fees and expenses if they be awarded. The court will then rule without oral argument.

It is so ORDERED.

ENTERED this 27th day of April 2015.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia